AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF___NEVADA_____

MICHAEL E. HUBER,

         Petitioner,                **JUDGMENT IN A CIVIL CASE**

  V.

                              CASE NUMBER:   **3:11-CV-00600-LRH-WGC**

PALMER, et al.,

         Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new petition in a new action accompanied by either the required $5.00 filing fee or a properly completed application to proceed *in forma pauperis*.

    ___October 12, 2011___                 **LANCE S. WILSON**___
                                          Clerk

                                ___/s/ D. R. Morgan___
                                    Deputy Clerk